IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEITH MORGAN,  )
 )
    Plaintiff,  )
 )
v.  )  CASE NO. CV417-074
 )
HARLEY-DAVIDSON FINANCIAL  )
SERVICES, INC.,  )
 )
    Defendant.  )
 )

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of October 2017.

                        WILLIAM T. MOORE, JR.
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
10/20/2017 M
Deputy Clerk